No. 26-1264

_____

# In the United States Court of Appeals
# for the First Circuit

_____

A Woman's Concern, Inc., d/b/a Your Options Medical Centers,
*Plaintiff-Appellant*,

v.

Maura Tracy Healy, Governor of Massachusetts, sued in the individual and official capacities, Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, sued in the individual and official capacities; Reproductive Equity Now Foundation, Inc.; Rebecca Hart Holder, Executive Director of Reproductive Equity Now Foundation, Inc.,
*Defendants-Appellees*.

_____

On Appeal from the United States District Court for the District of Massachusetts, Case No. 1:24-cv-12131-LTS (Rachel M. Lopez)

_____

**Motion to File Brief of Amici Curiae Advancing American Freedom; American Values; Americans For Fair Treatment; America's Women; Anglicans for Life; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Coalition for Jewish Values; Democrats for Life; Family Institute of Connecticut Action; Frontiers of Freedom; James Dobson Family Institute; JCCWatch.org; Men and Women for a Representative Democracy in America, Inc.; Men for Life; National Right to Life; New Jersey Family Policy Center; New York State Conservative Party; North Carolina Values Coalition; Orthodox Jewish Chamber of Commerce; Students for Life of America; The Family Foundation of Virginia; Salt & Light Global; The Wagner Center; Tradition, Family, Property, Inc.; Wisconsin Family Action; Women for Democracy in America, Inc.; Daniel Darling, Director, Land Center for Cultural Engagement; and Tim Jones, Former Speaker, Missouri House, Founder, Leadership for America Institute in Support of Plaintiffs-Appellants and Reversal**

_____

J. Marc Wheat
  *Counsel of Record*
Timothy Harper (Admitted in DC)
Advancing American Freedom, Inc.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

June 8, 2026

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

The amici curiae Advancing American Freedom, Inc.; American Values; Americans For Fair Treatment; America's Women; Anglicans for Life; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Coalition for Jewish Values; Democrats for Life; Family Institute of Connecticut Action; Frontiers of Freedom; James Dobson Family Institute; JCCWatch.org; Men and Women for a Representative Democracy in America, Inc.; Men for Life; National Right to Life; New Jersey Family Policy Center; New York State Conservative Party; North Carolina Values Coalition; Orthodox Jewish Chamber Of Commerce; Students for Life of America; The Family Foundation of Virginia; Salt & Light Global; The Wagner Center; Tradition, Family, Property, Inc.; Wisconsin Family Action; Women for Democracy in America, Inc.; Daniel Darling, Director, Land Center for Cultural Engagement; and Tim Jones, Former Speaker, Missouri House, Founder, Leadership for America Institute are nonprofit corporations. They do not issue stock and are neither owned by nor are the owners of any other corporate entity, in part or in whole. They have no parent companies, subsidiaries, affiliates, or members that have issued shares or debt securities to the public. The corporations are operated by volunteer boards of directors.

## MOTION OF ADVANCING AMERICAN FREEDOM AND OTHER AMICI FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed amici curiae Advancing American Freedom; American Values; Americans For Fair Treatment; America's Women; Anglicans for Life; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Coalition for Jewish Values; Democrats for Life; Family Institute of Connecticut Action; Frontiers of Freedom; James Dobson Family Institute; JCCWatch.org; Men and Women for a Representative Democracy in America, Inc.; Men for Life; National Right to Life; New Jersey Family Policy Center; New York State Conservative Party; North Carolina Values Coalition; Orthodox Jewish Chamber Of Commerce; Students for Life of America; The Family Foundation of Virginia; Salt & Light Global; The Wagner Center; Tradition, Family, Property, Inc.; Wisconsin Family Action; Women for Democracy in America, Inc.; Daniel Darling, Director, Land Center for Cultural Engagement; and Tim Jones, Former Speaker, Missouri House, Founder, Leadership for America Institute respectfully move for leave to file the attached brief of amici curiae in support of Plaintiffs-Appellants. Proposed amici are organizations and individuals concerned about the ability of organizations to associate and carry out their missions without government harassment.

Plaintiff-Appellant consented to the filing of this brief of amici curiae. Counsel for government defendants-appellees did not respond to a request for

consent. Counsel for defendants-appellees Reproductive Equity Now, Inc. and Rebecca Hart Holder responded to a request for consent by seeking to review the proposed amicus brief.

/s/ J. Marc Wheat
J. Marc Wheat
     *Counsel of Record*
Timothy Harper
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 268 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

Dated: June 8, 2026

/s/ J. Marc Wheat
J. MARC WHEAT
  *Counsel of Record*
Timothy Harper (Admitted in DC)
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com
*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which will send notifications of such filing to all CM/ECF counsel of record.

/s/ J. Marc Wheat
J. MARC WHEAT
  *Counsel of Record*
Timothy Harper (Admitted in DC)
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com
*Counsel for Amici Curiae*