No. 26-1264

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

A WOMAN'S CONCERN INC., D/B/A/ YOUR OPTIONS MEDICAL CENTERS,

*Plaintiff-Appellant*,

*v.*

MAURA T. HEALEY, GOVERNOR OF MASSACHUSETTS, sued in her individual and official capacities; ROBERT GOLDSTEIN, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF REPRODUCTIVE EQUITY NOW FOUNDATION, INC.,

*Defendants-Appellees*,

———————————

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:24 -cv-12131-ADB, Judge Leo T. Sorokin

———————————

**MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANTS-APPELLEES REPRODUCTIVE EQUITY NOW FOUNDATION, INC. AND REBECCA HART HOLDER'S RESPONSE BRIEF**

———————————

MARTIN FANTOZZI
MARIANA KORSUNSKY
CARLA REEVES
SARAH EBERSPACHER
KATHLEEN RITTER
KIMAN KAUR
GOULSTON & STORRS PC

*Attorneys for Defendants-Appellees*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendant-Appellee Reproductive Equity Now Foundation, Inc., certifies that it is a non-profit corporation with no parent corporation and that no publicly held corporation owns 10% more of its stock.

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and First Circuit Local Rules 27, 31, and 32.4, Defendants-Appellees Reproductive Equity Now Foundation, Inc. ("REN") and Rebecca Hart Holder ("Holder") (together, "REN Appellees") hereby request a 30-day extension of time within which to file Appellees' response brief, until Friday, July 31, 2026. As grounds for this Motion, Appellees state as follows:

1.      Under the current briefing schedule, Appellees' response brief is due Wednesday, July 1, 2026. REN Appellees respectfully request that they be granted an extension of 30 days in which to file their response brief. If REN Appellees' request is granted, their response brief would be due on Friday, July 31, 2026. REN Appellees have not previously sought an extension of time for filing their brief.

2.      The additional time is requested to accommodate the other professional obligations of REN Appellees' counsel, including trial schedules and deadlines in other cases that cannot be extended.

3.      In particular, members of the case team have two trials in July, for which they will be actively preparing in the weeks leading up to the current briefing deadline of July 1. An additional 30 days would also accommodate other professional obligations of REN Appellees' counsel that cannot be moved, including scheduled depositions and pre-trial deadlines.

1

4.      A 30-day extension of the briefing schedule would not prejudice either the Appellant or the State Appellees. Appellant does not take a position on REN Appellees' request for an extension of time to file the response brief. The State Appellees assented to REN Appellees' request.

WHEREFORE, Defendants-Appellees REN and Holder respectfully request that the Court grant an additional 30 days within which to file their response brief, until Friday, July 31, 2026.

Respectfully submitted.

/s/ Sarah M. Eberspacher
MARTIN FANTOZZI (1st Cir. Bar No. 50503)
MARIANA KORSUNSKY (1st Cir. Bar No. 1142232)
CARLA REEVES (1st Cir. Bar No. 1162897)
SARAH EBERSPACHER (1st Cir. Bar No. 1199104)
KATHLEEN RITTER (1st Cir. Bar No. 1222872)
KIMAN KAUR (1st Cir. Bar No. 1209467)
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
(617) 482-1776
mfantozzi@goulstonstorrs.com
mkorsunsky@goulstonstorrs.com
creeves@goulstonstorrs.com
seberspacher@goulstonstorrs.com
kritter@goulstonstorrs.com
kkaur@goulstonstorrs.com

*Attorneys for Defendants-Appellees Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder*

June 12, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1.      Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 287 words.

2.      The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/ Sarah M. Eberspacher*
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
(617) 482-1776
seberspacher@goulstonstorrs.com

June 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Sarah M. Eberspacher*
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
(617) 482-1776
seberspacher@goulstonstorrs.com