No. 26-1264

# United States Court of Appeals
## for the First Circuit

A WOMAN'S CONCERN INC., d/b/a YOUR OPTIONS MEDICAL CENTERS,

*Plaintiff-Appellant*,

*v.*

MAURA T. HEALEY, GOVERNOR OF MASSACHUSETTS, sued in her individual and official capacities *et al.*,

*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:24-cv-12131-LTS, Judge Leo T. Sorokin

**MOTION FOR EXTENSION OF TIME TO FILE STATE DEFENDANTS-APPELLEES' BRIEF**

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*

Phoebe Fischer-Groban, 1st Cir. No. 1198575
*Assistant Attorney General*
Deborah J. Frisch, 1st Cir. No. 1222869
*Assistant Attorney General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
email: phoebe.fischer-groban@mass.gov

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and First Circuit Local Rule 31, Defendants-Appellees Maura Healey, Governor of Massachusetts, in her official and individual capacities, and Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, in his official and individual capacities (together, the "State Defendants-Appellees"), hereby request an extension of approximately seven weeks within which to file the State Defendants-Appellees' response brief, until August 21, 2026. As grounds for this Motion, the State Defendants-Appellees state as follows:

1. Under the current briefing schedule, the State Defendants-Appellees' response brief is due Wednesday, July 1, 2026. The State Defendants-Appellees have not previously sought an extension of time for filing their brief.

2. Counsel for the State Defendants-Appellees submit that there is good cause for this extension.

3. First, undersigned counsel face a press of competing deadlines, and previously scheduled vacations, at the same time as their brief is due. Undersigned counsel AAG Fischer-Groban has a number of competing deadlines in her other cases, including a responsive brief due on June 12, 2026, in *Shahsavari v. Campbell*, No. SJ-26-0229 (Supreme Judicial Court for Suffolk County); an appellee's brief due on June 15, 2026, in *Branco v. Chambers*, No. 25-P-1359 (Appeals Court); oppositions to motions to consolidate and to expedite briefing due

on June 22, 2026, in *United States v. Galvin*, No. 26-1657 (1st Cir.); an appellee's brief due on June 26, 2026, in *Pratt v. Westbrook*, No. SJC-13822 (Supreme Judicial Court); and an opposition to a motion for summary judgment due on June 29, 2026, in *SEIU Local 509 v. MacNeill*, No. 2684CV00518 (Suffolk Superior Court). Additionally, AAG Fischer-Groban has pre-planned time out of the office on June 18, 2026, and July 27 through August 2, 2026.

4. AAG Frisch is engaged in active fact discovery with depositions in *Caldwell v. Cambra et al.*, No. 1:24-cv-12924 (D. Mass), closing on August 3, 2026. AAG Frisch is also preparing a response to the complaint, due July 17, 2026, in *Chen v. Massachusetts Executive Office of Health and Human Services, et al.*, No. 2684CV00474 (Suffolk Superior Court).

5. Additionally, undersigned counsel requires additional time for their office's, and their agency clients', internal review processes, and to accommodate prescheduled vacations of those reviewers.

6. An extension of approximately seven weeks of the briefing schedule would not prejudice either the Appellant or the REN Appellees. Appellant takes no position on the State Defendants-Appellees' request for an extension of time to file their brief. The REN Appellees assent to the State Defendants-Appellees' request.

WHEREFORE, the State Defendants-Appellees respectfully request that the Court grant an additional approximately seven weeks, until August 21, 2026, to file their brief.

Respectfully submitted,

June 17, 2026

MAURA HEALEY, Governor of Massachusetts, and ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health,

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Deborah J. Frisch*
Phoebe Fischer-Groban, 1st Cir. No. 1198575
Deborah J. Frisch, 1st Cir. No. 1222869
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
phoebe.fischer-groban@mass.gov

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

I hereby certify that:

1. This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 443 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f); and

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the document has been prepared in a proportionally-spaced typeface using Microsoft 365 in 14-point Times New Roman font.

*/s/ Deborah J. Frisch*
Counsel for the Defendants-Appellees
June 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically through the Court's e-notification system to all participants registered for service through the Court's electronic system, on June 17, 2026.

*/s/ Deborah J. Frisch*
Counsel for the Defendants-Appellees