# United States Court of Appeals
## For the First Circuit

No. 26-1264

A WOMAN'S CONCERN, INC., d/b/a Your Options Medical Centers,

Plaintiff - Appellant,

v.

MAURA T. HEALEY, Governor of Massachusetts, sued in the individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in the individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, Executive Director of Reproductive Equity Now Foundation, Inc.,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Robert H. Goldstein and Maura T. Healey to file a brief be enlarged to and including **August 21, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christina A. Compagnone
Rachel E. Davidson
Sarah Marie Eberspacher
Andrew J. Ekonomou
Martin M. Fantozzi
Phoebe Fischer-Groban
Deborah J. Frisch

Kiman Kaur
Jennifer E.K. Kendrex
Mariana Korsunsky
Nathan Jeremiah Moelker
Carla Ann Reeves
Kathleen M. Ritter
Jessie J. Rossman
Stuart J. Roth
Jordan A. Sekulow
Olivia F. Summers
Samuel Whiting