# United States Court of Appeals
## For the First Circuit

No. 26-1264

A WOMAN'S CONCERN, INC., d/b/a Your Options Medical Centers,

Plaintiff - Appellant,

v.

MAURA T. HEALEY, Governor of Massachusetts, sued in the individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in the individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, Executive Director of Reproductive Equity Now Foundation, Inc.,

Defendants - Appellees.

### CORRECTED ORDER OF COURT[*]

Entered: June 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Rebecca Hart Holder and Reproductive Equity Now Foundation, Inc. to file a brief be enlarged to and including **July 31, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christina A. Compagnone, Rachel E. Davidson, Sarah M. Eberspacher, Andrew J. Ekonomou, Martin M. Fantozzi, Phoebe Fischer-Groban, Deborah J. Frisch, Kiman Kaur, Jennifer E.K. Kendrex, Mariana Korsunsky, Nathan J. Moelker, Carla Ann Reeves, Kathleen M. Ritter, Jessie J. Rossman, Stuart J. Roth, Jordan A. Sekulow, Olivia F. Summers, Samuel Whiting

---

[*] Corrected order issued to adjust the deadline.