# United States Court of Appeals
## For the First Circuit

No. 26-1264

A WOMAN'S CONCERN, INC., d/b/a Your Options Medical Centers,

Plaintiff - Appellant,

v.

MAURA T. HEALEY, Governor of Massachusetts, sued in the individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in the individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, Executive Director of Reproductive Equity Now Foundation, Inc.,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 8, 2026

Upon consideration, Appellant A Woman's Concern, Inc.'s motion for leave to file an oversized reply brief containing no more than 10,000 words is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Samuel Whiting, Nathan Jeremiah Moelker, Olivia F. Summers, Stuart J. Roth, Andrew J. Ekonomou, Jordan A. Sekulow, Christina A. Compagnone, Phoebe Fischer-Groban, Deborah J. Frisch, Martin M. Fantozzi, Mariana Korsunsky, Carla Ann Reeves, Sarah Marie Eberspacher, Kiman Kaur, Kathleen M. Ritter, Jessie J. Rossman, Rachel E. Davidson, Suzanne Schlossberg, Jennifer E.K. Kendrex, John Marc Wheat, Catherine W. Short, Michael John Tierney